AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

FILED APR 1 9 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| United States of America<br>v.<br>Carlos A. Brown<br>a/k/a "Los"<br>*Defendant* | **UNDER SEAL**<br>Case No. 2:16mj 190    **SEALED** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief, that from in or about approximately 2011, to in or about April 2016, in the city of __Portsmouth, Virginia__ in the __Eastern__ District of __Virginia__ the defendant violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) | Distribution of Heroin Resulting in Death |
| 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) | Distribution of Heroin Resulting in Serious Bodily Harm |
| 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) | Distribution of Heroin |
| 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) | Distribution of Fentanyl |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet. (Please see attached Affidavit)

READ AND REVIEWED:

_____
John F. Butler
Special Assistant United States Attorney

_____
*Complainant's signature*
Phillip B. Gautney, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/17/2016

City and state: Norfolk, VA

_____
*Judge's signature*
Douglas E. Miller
United States Magistrate Judge
*Printed name and title*